UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>        Plaintiff,<br><br>    v.<br><br>SC LANDMARK HOTELS, LLC,<br><br>        Defendant. | Case No.  4:21-cv-00119-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION TO DISMISS<br><br>Re: Dkt. No. 9 |

On February 7, 2021, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was February 22, 2021.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before March 10, 2021, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before March 17, 2021.

Finally, the March 18, 2021 hearing on the motion to dismiss is continued to April 15, 2021.

IT IS SO ORDERED.

Dated: March 3, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge