UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>        Plaintiff,<br><br>    v.<br><br>SC LANDMARK HOTELS, LLC,<br><br>        Defendant. | Case No.21-cv-00119-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 22 |

On April 21, 2021, the Court granted Defendant's motion to dismiss. (Dkt. No. 22.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 22, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge